United States District Court
Southern District of Texas

**ENTERED**

March 11, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESUS M. | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-5396 |
| | § | |
| FRANK BISIGNANO, | § | |
| Acting Commissioner of the | § | |
| SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

This case is before the Court for judicial review of an administrative decision (Doc. No. 1).

Plaintiff filed a motion for summary judgment (Doc. No. 10) seeking an order remanding the case

for an award of benefits or further consideration.  Defendant did not address Plaintiff's arguments

but requested the Court reverse and remand the case to the Commissioner (Doc. No. 13).  Plaintiff

filed a response opposing Defendant's motion (Doc. No 13). Magistrate Judge Palermo issued her

Memorandum and Recommendation (Doc. No. 15). Plaintiff filed objections (Doc. No. 16).

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate

Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the

Magistrate Judge's conclusion.  Accordingly, it is hereby

**ORDERED** that the Plaintiff's Objections (Doc. No. 16) are **OVERRULED**, the

Memorandum and Recommendation (Doc. No. 15) is **ADOPTED,** this case is **REMANDED** to the

Commissioner for further proceedings, Plaintiff's Complaint (Doc. No. 1) is **DISMISSED** without

prejudice and Plaintiff's motion for summary judgment (Doc. No. 12) is **DENIED as moot**.

SIGNED this _____11th_____ day of March 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE