United States District Court
Southern District of Texas
**ENTERED**
September 01, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESUS M. | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-5396 |
| | § | |
| FRANK BISIGNANO, | § | |
| Acting Commissioner of the | § | |
| SOCIAL SECURITY ADMINISTRATION | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

This Court previously entered an Order (Doc. No. 17) adopting the Report and Recommendation (Doc. No. 15) of Judge Palermo remanding this case to the Commissioner for further action and closing the case. Subsequently, Plaintiff filed a Motion to Compel (Doc. No. 18), to which the Defendant responded and Plaintiff replied (Doc. Nos. 21, 22). Judge Palermo issued her Report and Recommendation (Doc. No. 24). Plaintiff filed objections (Doc. No. 25), Amended Response (Doc. No. 26), and Supplemental Amended Answer (Doc. No. 27).

The Court has carefully reviewed, *de novo*, the filings, the applicable law, Judge Palermo's Report and Recommendation, and the objections thereto, and agrees with the Judge Palermo's conclusion. Additionally, as the case has been remanded to the Commissioner, this Court no longer has jurisdiction. A Final Judgment has been entered. Therefore, no further filings in this case are appropriate. Accordingly, it is hereby

**ORDERED** that all of Plaintiff's Objections (Doc. Nos. 25, 26, 27) are **OVERRULED**, the Report and Recommendation (Doc. No. 15) is **ADOPTED**, and the Plaintiff's Motion to Compel

(Doc. No. 18) is **DENIED as moot**. Plaintiff is admonished that any further filings made on the docket of this case will be stricken from the record.

SIGNED this 28th day of August 2026.

-

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE